IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-69 (WLS-TQL) |
| | : | |
| EDGAR HERNANDEZ-MARES | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is Defendant Edgar Hernandez-Mares Unopposed Motion (Doc. 18) to Continue Trial in the Interests of Justice ("the Motion") in the above-captioned case filed by Defendant's counsel. Therein, Defendant requests a continuance of the pretrial conference, currently scheduled for October 10, 2023, and the trial scheduled for the November 2023 trial term. Defendant requests a continuance to allow counsel to receive and review discovery, confer with the Defendant, and, if warranted, explore plea negotiations. The Government does not oppose the Motion. Defendant asks this Court to exclude the time period of delay from computation under the Speedy Trial provision of 18 U.S.C. § 3161.

Based on Defendant's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Motion (Doc. 18) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division February 2024 term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The pretrial conference set for October 10, 2023, is **CANCELLED**.

**SO ORDERED**, this 27th day of September 2023.

                                              **/s/ W. Louis Sands**
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**